UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:24-CV-00050-GNS

NUTRAMAX LABORATORIES, INC.                                              PLAINTIFF

v.

OPTIMUM SUPPS NUTRITION                                                  DEFENDANT

## JUDGMENT

This matter having come before the Court on Plaintiff's Motion for Default Judgment (DN 23), and the Court on this date having issued its Order granting the motion.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Plaintiff against Defendant consistent with the Court's Order.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

April 28, 2025

cc:   counsel of record